# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154476(45)

AUDREY TROWELL,
       Plaintiff-Appellee,

v

PROVIDENCE HOSPITAL AND
MEDICAL CENTERS, INC.,
       Defendant-Appellant.
_____/

SC: 154476
COA: 327525
Oakland CC: 2014-141798-NO

On order of the Court, the motion of plaintiff-appellee to extend the time for filing her supplemental brief to June 14, 2017, is GRANTED. The time for filing the supplemental brief of defendant-appellant is also extended to June 14, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2017



Clerk